IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR81 |
| vs. | ) | |
| | ) | ORDER |
| MITCHELL L. SCHULTZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [17]. The record shows that this deadline has already expired. The present motion was not timely filed, and the court finds that the defendant has not shown good cause for reopening the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [17] is denied.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Wednesday, May 6, 2009.

**DATED this 29th day of April, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**