# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:08CR481** |
| vs. | ) | |
| | ) | **ORDER** |
| **MITCHELL SCHULTZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for an indefinite extension of the June 2, 2009 trial date because "additional time is needed to further marshal the facts." Although the defendant has filed a waiver of speedy trial, the court finds that the defendant has not shown good cause for a continuance of the scheduled trial date.

**IT IS ORDERED** that defendant's Motion for Continuance (Doc. 23) is denied. The trial of this matter remains scheduled for June 2, 2009.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **Tuesday, May 26, 2009.**

**DATED May 21, 2009.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**