# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:08CR481 |
| **Plaintiff,** | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **MITCHELL L. SCHULTZ,** | |
| **Defendant.** | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 56). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 15, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Western Digital Hard Drive, a CD labeled "Movies (Nasty)" and a CD labeled "Meatholes and More", was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.55).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 56) is hereby sustained.

B. All right, title and interest in and to the Western Digital Hard Drive, CD labeled "Movies (Nasty)" and CD labeled "Meatholes and More", held by any person or entity, is hereby forever barred and foreclosed.

C. The a Western Digital Hard Drive, a CD labeled "Movies (Nasty)" and a CD labeled "Meatholes and More", be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 19th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge